IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEAN BOYD** **PLAINTIFF**

**v.** **No. 4:23CV35-GHD-RP**

**MISTY HUGHES** **DEFENDANT**

### ORDER *DISMISSING AS MOOT* PLAINTIFF'S MOTION [25] TO COMPEL DEFENDANT HUGHES TO ADMIT CERTAIN FACTS

This matter comes before the court on the motion [25] by the plaintiff to compel defendant Hughes to admit certain facts in this case. As the court entered final judgment in this case on July 11, 2023, the instant motions [25] is **DISMISSED** as moot.

**SO ORDERED**, this, the 13th day of November, 2023.

_____
SENIOR JUDGE